UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                Plaintiff,                  17 MAG 2418 (MRG)

    - against -                       **JUDGMENT**

Frederick L. Blue,

                Defendant.
-----------------------------------------------------------X

The issues in the above entitled action having been brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court, on April 28, 2017, having accepted the Defendant's plea of Guilty to Unlicensed Operation §509.1 of the New York State Vehicle and Traffic Laws assimilated under the Federal Statutes in full satisfaction of the Misdemeanor Complaint filed on March 31, 2017; it is

ORDERED, ADJUDGED AND DECREED The Defendant is sentenced to pay a fine in the amount of $50.00 to be paid to the U.S. District Court in White Plains, New York by May 23, 2017, or else appear in the U.S. District Court, Poughkeepsie, New York on May 24, 2017 at 9:00 AM.

Dated:    April 28, 2017
            Poughkeepsie, NY

                                              SO ORDERED:

                                              Hon. Martin R. Goldberg
                                              United States Magistrate Judge